O’SCANNLAIN, Circuit Judge,
dissenting:
Precedent “does not require that [this Court] convert judicial review of agency action into a ping-pong game.” NLRB v. Wyman-Gordon Co., 394 U.S. 759, 766 n.6, 89 S.Ct. 1426, 22 L.Ed.2d 709 (1969). Remand in this case is not required because it “would be an idle and useless formality.” Id. Petitioner’s argument for relief turns on the existence of endemic corruption such that Mexican officials could not or would not protect him, but the record indicates no such corruption on the part of the police who have interacted with Petitioner’s family (and affirmatively suggests that they acted in accordance with the law). The BIA’s error is harmless because “nothing in the record could support a finding” that Petitioner qualifies for deferral of removal under CAT. Khudaverdyan v. Holder, 778 F.3d 1101, 1107 n.3 (9th Cir. 2015) (citing Li Hua Yuan v. Att’y Gen. of U.S., 642 F.3d 420 (3d Cir. 2011) (holding that BIA error is harmless when it is highly probable that error did not affect case’s outcome)).
I respectfully dissent.